UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MTACC, INC., a California corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, a New York state agency, and BENJAMIN M. LAWSKY, in his official capacity as Superintendent of the New York State Department of Financial Services,<br><br>               Defendants. | No.<br><br>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF |

Pursuant to Federal Rule of Civil Procedure 7.1 and Western District of Washington Local Civil Rule 7.1, plaintiff MTACC, INC. states that it is a corporation, and identifies the following:

**A.**  **Parent Corporation:**

    None

**B.**  **Publicly Held Companies Owning 10 Percent or More of Stock:**

    None

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF – 1

**Perkins Coie LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

73463-0001/LEGAL120595032.1

| | |
|---|---|
| 1 | DATED this 24th day of April, 2014. |
| 2 | |
| 3 | By: s/ Joseph P. Cutler |
| 4 | Joseph P. Cutler #37234 |
| 5 | Jean-Jacques Cabou #022835 |
| 6 | (*Pro Hac Vice* Pending) |
| 7 | Carla L. Reyes, #41910 |
| 8 | Carrie M. Hobbs, #45487 |
| 9 | **Perkins Coie LLP** |
| 10 | 1201 Third Ave., Suite 4900 |
| 11 | Seattle, WA 98101 |
| 12 | Telephone: 206.359.8000 |
| 13 | Facsimile: 206.359.9000 |
| 14 | Email: JCutler@perkinscoie.com |
| 15 | JCabou@perkinscoie.com |
| 16 | CReyes@perkinscoie.com |
| 17 | CHobbs@perkinscoie.com |
| 18 | |
| 19 | Attorneys for Plaintiff |
| 20 | MTACC Inc. |

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF – 2

**Perkins Coie LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

73463-0001/LEGAL120595032.1